UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>    v.<br><br>NICHOLAS DANE FRIEBERG JACOBSON (2),<br><br>      Defendant. | Case No.: 21CR3340-02-AJB<br><br>ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITH PREJUDICE |

Upon motion of the United States of America and good cause appearing, that is, the defendant having been found deceased at the San Luis Regional Detention Center on January 13, 2023,

IT IS HEREBY ORDERED that the Information, as to this defendant, is DISMISSED, with prejudice.

IT IS SO ORDERED:

Dated:  January 20, 2023

Hon. Anthony J. Battaglia
United States District Judge